# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBERT JACKSON, JR., | Case No. ED CV 18-00021 PSG (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| J. GASTELO, Warden, | |
| Respondent. | |

In accordance with the Order Dismissing Petition for Writ of Habeas Corpus for Without Prejudice,

IT IS ORDERED AND ADJUDGED that this action is summarily dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court.

DATED:
2/9/18

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE